Gregg Marx, Fairfield County Prosecuting Attorney, and Jocelyn S. Kelly, Assistant Prosecuting Attorney, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* SAYLES, APPELLANT.

[Cite as *State v. Sayles,* 132 Ohio St.3d 76, 2012-Ohio-1986.]

(No. 2011–1931—Submitted April 4, 2012—Decided May 10, 2012.)

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones,* —— U.S. ——, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Michael T. Gmoser, Butler County Prosecuting Attorney, and Donald R. Caster, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick, Assistant Public Defender, for appellant.